THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* R. F. STEVENS COMPANY, INC., Respondent.

*People* v. *Stevens Co., Inc.,* 178 App. Div. 306, appeal dismissed.
(Argued June 13, 1917; decided July 11, 1917.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered May 14, 1917, which reversed a judgment of the Court of Special Sessions of the city of New York convicting the defendant of a violation of section 8-a of article 2 of the Labor Law in operating its factory on a Sunday by requiring and allowing one Daniel Callaghan to work in the pasteurizing department on Sunday, October 29, 1916, without first posting on the premises a schedule and filing a copy of the said schedule with the commissioner of labor, containing the name of the said Daniel Callaghan, with a designation of the day of rest for him.

*Harry E. Lewis, District Attorney (Harry G. Anderson* of counsel), for appellant.

*William B. Carswell* for respondent.

Appeal dismissed; no opinion.

Concur: HISCOCK, Ch. J., CUDDEBACK, HOGAN, CARDOZO, POUND, CRANE and ANDREWS, JJ.